**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| IN RE: | CASE NO 14-50020-KKS |
| HENRY, CORTINA M, | Chapter: 7 |
| DEBTOR(S). | |
| _____/ | |

## NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO: Debtor(s), Creditors, and Parties in Interest

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
   Equity interest in cash/bank accounts ($134.31); equity interest in 2001 Chevrolet Silverado ($848.74); equity interest in 2008 Chevrolet Impala ($1,738.60). This sale does not include any other personal property, including, but not limited to property scheduled as tenants by the entireties.

2. Manner of Sale:        Private ( X )*        Public Auction ( )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

Private sale to Cortina M. Henry of property identified above for a total of $2,721.65 payable at the rate of $226.81 per month for twelve (12) consecutive months with the first payment due on May 1, 2014. Payment shall be made to Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317. This sale is "as is", "where is" with no warranties expressed or implied. The sale is subject to any scheduled, known or unknown liens, encumbrances, and exemptions; and the Purchase(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only) The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of $200.00 more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: May 1, 2014

/S/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile: (850) 702-0735
Florida Bar No. 0184012
mcolon@7trustee.net

Mary W. Colon Trustee
Mary W. Colon Esq.
P O Box 14596
Tallahassee, FL 32317

DATE RECEIVED: May 01 2014  TIME RECEIVED: 09:55AM  TOTAL SERVED: 60

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

| IN RE: HENRY CORTINA M. | CASE NO: 14-50020-KKS |
|---|---|
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 5/1/2014, a copy of the following documents, described below,

CHAPTER 7 TRUSTEES MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND DEBTOR,

Notice of Intent to Sell Property of the Estate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon Trustee
Mary W. Colon Esq.
P O Box 14596
Tallahassee, FL 32317

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>1129-5<br>CASE 14-50020-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PANAMA CITY<br>THU MAY 1 13-31-20 EDT 2014 | STERLING JEWELERS INC DBA KAY JEWELERS<br>CO WELTMAN WEINBERG & REIS<br>323 W. LAKESIDE AVENUE SUITE 200<br>CLEVELAND OH 44113-1009 | ARS NATIONAL SERVICES INC.<br>PO BOX 463023<br>ESCONDIDO CA 92046-3023 |
| ALLIED INSTERSTATE<br>P.O. BOX 1954<br>SOUTHGATE MI 48195-0954 | (C)CAC FINANCIAL<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK 73112-7236 | CAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE RETAIL SERVICES<br>PO BOX 5893<br>CAROL STREAM IL 60197-5893 | CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON DE 19886-5153 |
| CHASE<br>PO BOX 15123<br>WILMINGTON DE 19850-5123 | CADENCE BANK<br>17 20TH ST N<br>BIRMINGHAM AL 35203-4012 | CAP1HLZBG<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3438 |
| CAPITAL MANAGEMENT SERVICES LP<br>698 12 SOUTH OGDEN STREET<br>BUFFALO NY 14206-2317 | CAPITAL ONE<br>PO BOX 85619<br>RICHMOND VA 23285-5619 | CAPITAL ONE SERVICES LLC<br>PO BOX 5235<br>CAROL STREAM IL 60197-5235 |
| CARDMEMBER SERVICE<br>PO BOX 15548<br>WILMINGTON DE 19886-5548 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHIPLEY FINANCIAL<br>1391 BRICKYARD RD STE 4<br>CHIPLEY FL 32428-2453 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITI CARD<br>BOX 6500<br>SIOUX FALLS SD 57117-6500 | CITI CARDS<br>PROCESSING CENTER<br>DES MOINES IA 50363-0005 |
| CITIBANK<br>PO BOX 469100<br>ESCONDIDO CA 92046-9100 | CLIENT SERVICES<br>3451 HARRY S. TRUMAN BLVD<br>SAINT CHARLES MO 63301-9816 | COMENITY BANKEXPRESS<br>4590 E BROAD ST<br>COLUMBUS OH 43213-1301 |
| DISCOVER<br>PO BOX 71084<br>CHARLOTTE NC 28272-1084 | DILLARDSGECRB<br>PO BOX 960012<br>ORLANDO FL 32896-0012 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

| | | |
|---|---|---|
| FIRST COMMERCE CU<br>2330 MAHAN DR<br>TALLAHASSEE FL 32308-6129 | FIRST FEDERAL SAVINGS<br>PO BOX 1807<br>LAKE CITY FL 32056-1807 | GE CAPITAL RETAIL BANK<br>PO BOX 965004<br>ORLANDO FL 32896-5004 |
| GECRBASHLEY FURNITURE<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 | GECRBDILLARDS<br>PO BOX 965024<br>ORLANDO FL 32896-5024 | GECRBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| GECRBOLD NAVY<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | HELZBERG CARD<br>PO BOX 60504<br>CITY OF INDUSTRY CA 91716-0504 | HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 |
| KAY JEWELERS<br>375 GHENT RD<br>FAIRLAWN OH 44333-4600 | KAY JEWELERS<br>PO BOX 1799<br>AKRON OH 44309-1799 | KAY JEWELERS<br>PO BOX 740425<br>CINCINNATI OH 45274-0425 |
| KAY JEWELERS<br>PO BOX 3680<br>AKRON OH 44309-3680 | LEADING EDGE RECOVERY<br>PO BOX 129<br>LINDEN MI 48451-0129 | LEADING EDGE RECOVERY SOLUTIONS<br>5440 CUMBERLAND AVE. STE 300<br>CHICAGO IL 60656-1486 |
| LOWE☐S<br>PO BOX 530914<br>ATLANTA GA 30353-0914 | MACYSFDSB<br>4605 DUKE DRIVE<br>MASSON OH 45040-9410 | MCCARTHY BURGESS & WOLFE<br>26000 CANNON ROAD<br>CLEVELAND OH 44146-1807 |
| MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | NATIONWIDE CREDIT INC.<br>3835 NORTH FREEWAY BLVD. SUITE 115<br>SACRAMENTO CA 95834-1977 | NATIONWIDE CREDIT INC.<br>P.O. BOX 26314<br>LEHIGH VALLEY PA 18002-6314 |
| OFFICE DEP<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | OLD NAVY<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| TIME PAYMENT CORP LLC<br>16 NE EXEC OFFICE PARK<br>STE 200<br>BURLINGTON MA 01803-5222 | TIMEPAYMENT CORP LLC<br>16 NE EXEC OFFICE PARK S<br>BURLINGTON MA 01803-5217 | UNITED STATES TRUSTEE<br>110 E. PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |

| | | |
|---|---|---|
| VISDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | WELLS FARGO<br>PO BOX 10475<br>DES MOINES IA 50306-0475 | WELLS FARGO<br>800 WALNUT STREET<br>DES MOINES IA 50309-3891 |
| WFFNATLBNK<br>PO BOX 94498<br>LAS VEGAS NV 89193-4498 | CHARLES M. WYNN<br>CHARLES M. WYNN LAW OFFICES P.A.<br>P.O. BOX 146<br>MARIANNA FL 32447-0146 | CORTINA M HENRY<br>20826 NE OAK STREET<br>BLOUNTSTOWN FL 32424-4792 |
| MARY W. COLON<br>P.O. BOX 14596<br>TALLAHASSEE FL 32317-4596 | | |